956

No. 79–6463.  SHORT v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 79–6469.  WEATHERS v. UNITED STATES.  C. A. 10th
Cir.  Certiorari denied.

No. 79–907.  INGRAM, SECRETARY, DEPARTMENT OF HUMAN
SERVICES OF NEW MEXICO v. NOLAN.  C. A. 10th Cir.  Motion
of respondent for leave to proceed in forma pauperis granted.
Certiorari denied.

No. 79–1105.  MOUNTAIN LAUREL RACING, INC., ET AL. v.
FITZGERALD.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE
BLACKMUN would grant certiorari.

No. 79–1222.  AMERICAN GEMS, INC. v. MESSER, ADMINIS-
TRATRIX.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE
BLACKMUN would grant certiorari.

No. 79–1228.  IVY ET AL. v. SECURITY BARGE LINES, INC.
C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and
MR. JUSTICE WHITE would grant certiorari.

No. 79–1482.  DoCARMO, ADMINISTRATOR v. F. V. PIL-
GRIM I CORP.  C. A. 1st Cir.  Certiorari denied.  MR. JUSTICE
BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 79–6217.  WARREN ET AL. v. UNITED STATES.  C. A.
5th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN and MR.
JUSTICE WHITE would grant certiorari.

No. 79–1476.  STARLEY v. CITY OF BIRMINGHAM.  Ct. Crim.
App. Ala.  Certiorari denied.  MR. JUSTICE BRENNAN, MR.
JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant
certiorari and reverse the conviction.